IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPECIAL HAPPY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> JASON LOOMIS and FOOT CANDLE, LLC <br><br> Defendants. <br><br> FOOT CANDLE, LLC <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SPECIAL HAPPY, LTD., <br><br> Counterclaim Defendant. | CIVIL ACTION <br><br> NO. <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1454, Defendants Foot Candle, LLC ("Foot Candle") and Jason Loomis ("Loomis" and together with Foot Candle, "Defendants") hereby remove the state court action described below from the Superior Court of the State of Georgia for DeKalb County to the United States District Court for the Northern District of Georgia. Defendants respectfully assert the following facts as grounds for removal, and in so doing, expressly reserve all other issues for further pleadings:

## BACKGROUND

1. On June 12, 2024, Special Happy Ltd. ("SHL") filed a Summons and Complaint (the "State Court Complaint") in the Superior Court of the State of Georgia for DeKalb County against Defendants under Case No. 24CV5753 (the "State Court Action").

2. On June 14, 2024, Defendants received a document titled Notice of Lawsuit and Request for Waiver of Service of Summons attaching the State Court Complaint. *See* Exhibit A.

3. The State Court Complaint alleges a number of causes of action against Defendants relating to a patent infringement lawsuit filed by Seasons 4, Inc. in the United States District Court for the Central District of California, Civ. No. 2:23-cv-09649-AB-MAA (the "California Case").

4. On July 9, 2024, Defendants filed an Answer to the State Court Complaint that included a counterclaim asserted by Foot Candle alleging infringement of a continuation patent that is related to the two patents-in-suit in the California Case. A copy of Defendants' Answer and Foot Candle's Counterclaim is attached as Exhibit B.

## BASES FOR REMOVAL

5. The State Court Action is an action over which this Court has original jurisdiction under 28 U.S.C. §1331 and 1338 and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446, and 1454.

6. In the State Court Action, Foot Candle has asserted a counterclaim of patent infringement, which falls directly within the scope of 28 U.S.C. §1454, which provides for removal of "a civil action in which any part asserts a claim for relied arising under Any Act of Congress relating to the patents . . . ." Moreover, the State Court Complaint revolves around matters that implicate and arise under the patent laws of the United States.

7. This Court also has supplemental jurisdiction over any state law claims that are deemed not to arise under the patent laws. To the extent any such claims can be considered distinct from the patent-law related claims, they arise under the same operative facts as such claims, and under the same operative facts set forth in Foot Candle's Counterclaim.

8. As a separate grounds for removal, diversity jurisdiction under 35 U.S.C. §1332 is present. SHL is a Hong Kong Corporation while Foot Candle is a Virginia limited liability company, and Loomis is an individual residing in Georgia. From the face of SHL's State Court Complaint, it is reasonably apparent that the amount in controversy exceeds $75,000. For example, for just one of the five counts

alleged by SHL, SHL seeks punitive damages "for the greater of $50,000 or treble the combined total of damages, costs, and fees." Ex. A, Prayer for Relief (p. 17), §(d). SHL also seeks to recover "bad-faith attorneys' fees," "expenses of litigation," "punitive damages with no limit," and an ownership stake in certain patents owned by Foot Candle. *Id.*, ¶ 114, Prayer for Relief (p. 17), §§ (c), (e), (f). All of this exceeds $75,000 minimum in controversy requirement.

## PROCEDURAL COMPLIANCE

9. This Notice of Removal is timely field within thirty (30) days of June 14, 2024, the date when the Complaint was first received by Defendants.

10. The State Court Action was pending before the Superior Court for DeKalb County. Because this Court is the United States District Court for the district and division embracing the place where the original action was filed, it is the appropriate Court for removal under 28 U.S.C. §§1446, 1454.

11. Exhibits A and B include a copy of all process, pleadings, and orders received by Defendant in the State Court Action. A copy of the Filing of the Notice of Removal which will be filed in the Superior Court of DeKalb County, Georgia is attached hereto as Exhibit C.

## CONCLUSION

12. Defendants hereby remove the State Court Action from the court in which it was filed to the United States District Court for the Northern District of

Georgia, which shall assume full jurisdiction in this action as provided by law, because the Superior Court of DeKalb County, Georgia is located in this federal judicial district and division.

13. As required by 28 U.S.C. 1446(d), promptly after filing this Notice of Removal, Defendants shall provide notice of the removal to Plaintiffs through their attorneys of record in the State Court Action and to the Clerk of the Court in the State Court Action.

Respectfully submitted this 9th day of July 2024,

                                                */s/Olivia E. Marbutt*
                                                Olivia E. Marbutt
                                                 (Ga. Bar No. 141255)
                                                 Phone: (404) 855-3865
                                                 Fax: (404) 538-1715
                                                 oliviamarbutt@kentrisley.com
                                            KENT & RISLEY LLC
                                            5755 N. Point Parkway, Suite 57
                                            Alpharetta, GA  30022

                                            Attorneys for Defendants

## **LOCAL RULE 7.1D CERTIFICATION**

Counsel for the parties hereby certifies that the text of this pleading has been prepared with Times New Roman 14 point, one of the fonts and point selection approved by the Court in Local Rule 5.1B.

                                              /s/ *Olivia E. Marbutt*
                                              Olivia E. Marbutt
                                                (Ga. Bar No. 141255)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this day served a true and correct copy of the foregoing NOTICE OF REMOVAL on counsel for Plaintiff by causing a copy of same to be delivered via electronic mail addressed as follows:

    Alex R. Merritt
      alex@merrittlawga.com
    3423 Piedmont Rd. N.E.
    Suite 200
    Atlanta, GA  30305

This 9th day of July, 2024.

                                      /s/ *Olivia E. Marbutt*
                                      Olivia E. Marbutt
                                        (Ga. Bar No. 141255)