**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SPECIAL HAPPY, LTD.,** Plaintiff and Counter-Defendant, v. **JASON LOOMIS**, et al., Defendants and Counter-Plaintiffs. | Civil Action Number 1:24-cv-03049-MLB **NOTICE OF FILING DEPOSITION TRANSCRIPT OF ERIC BRETSCHNEIDER** |

**NOTICE OF FILING DEPOSITION TRANSCRIPT**
**OF ERIC BRETSCHNEIDER**

COMES NOW Plaintiff, Special Happy, Ltd (hereinafter, "SHL"), by and through counsel and specially making a limited appearance without waiving or consenting to jurisdiction, files this Notice of Filing Deposition Transcript of Eric Bretschneider (hereinafter, "Notice"), hereby giving notice to the Court and all parties of the filing.

Respectfully submitted, 2025-Mar-18.

/s/ Sam Han
Sam Han
Georgia Bar No. 322284
DeWoskin Law Firm, LLC
535 N. McDonough Street
Decatur, Georgia 30030
(404) 987-0026
sam@atlantatrial.com

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SPECIAL HAPPY, LTD.,** Plaintiff and Counter-Defendant, v. **JASON LOOMIS**, et al., Defendants and Counter-Plaintiffs. | Civil Action Number 1:24-cv-03049-MLB **CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7.1D** |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7.1D

The undersigned counsel hereby certifies that **NOTICE OF FILING DEPOSITION TRANSCRIPT OF ERIC BRETSCHNEIDER** has been prepared using one of the font and point selections approved in LR 5.1 NDGa.

Respectfully submitted, 2025-Mar-18.

/s/ Sam Han
Sam Han
Georgia Bar No. 322284
Counsel for Plaintiff and Counter-Defendant
DeWoskin Law Firm, LLC
535 N. McDonough Street
Decatur, Georgia 30030
(404) 987-0026
sam@atlantatrial.com

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SPECIAL HAPPY, LTD.,** Plaintiff and Counter-Defendant, v. **JASON LOOMIS**, et al., Defendants and Counter-Plaintiffs. | Civil Action Number 1:24-cv-03049-MLB **CERTIFICATE OF FILING AND SERVICE** |

## CERTIFICATE OF FILING AND SERVICE

Undersigned counsel further certifies that, on the date recited below, the

**NOTICE OF FILING DEPOSITION TRANSCRIPT OF ERIC**

**BRETSCHNEIDER** was filed using the CM/ECF system, which will send

notification of such filing to all counsel of record in this matter.

Respectfully submitted, 2025-Mar-18.

/s/ Sam Han
Sam Han
Georgia Bar No. 322284
Counsel for Plaintiff and Counter-Defendant
DeWoskin Law Firm, LLC
535 N. McDonough Street
Decatur, Georgia 30030
(404) 987-0026
sam@atlantatrial.com

3